**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

SHERITA ASH,

    Plaintiff,

v.                                        Civil Action No.   2:22-cv-02323

CADENCE BANK, N.A.
formerly d/b/a
BANCORPSOUTH,

    Defendant.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

    COME NOW, Plaintiff Sherita Ash and Defendant Cadence Bank, (collectively the "parties"), and submit this Stipulation of Dismissal with Prejudice.  As the parties have executed and exchanged settlement documents, the parties now stipulate to the dismissal of this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted:

s/ Richard M. Carter
Richard M. Carter (TN BPR # 7285)
Abigail Abide Stephens (TN BPR # 35920)
MARTIN, TATE, MORROW & MARSTON, P.C.
International Place, Tower II
6410 Poplar Avenue, Suite 1000
Memphis, TN 38119-4839
(901) 522-9000
rcarter@martintate.com
astephens@martintate.com

*Attorneys for Defendant Cadence Bank*


s/ Ted I. Jones
Ted I. Jones
JONES & GARRETT, P.A.
2670 Union Avenue Extended, Suite 1200
Memphis, TN 38112
(901) 526-4249, office
dtedjones@aol.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Stipulation of Dismissal With Prejudice has been served upon Ted I. Jones, counsel for Plaintiff via CM/ECF, on this 18th day of August, 2022.

s/ Richard M. Carter
Richard M. Carter